# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**THOMAS SCHIWITZ**                                                                 **PLAINTIFF**

**VS.**                           **CASE NO. 4:07CV000621 JMM**

**E & S MATERIALS, INC, ET AL.**                                        **DEFENDANTS**

## ORDER

Plaintiff's unopposed Motion to Transfer Venue is granted (#7).  The Clerk of the Court is directed to transfer this case to the Jonesboro Division for the Eastern District of Arkansas.

IT IS SO ORDERED THIS   17   day of   August   , 2007.

_____
James M. Moody
United States District Judge